**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Joann Mason,** | ) | **CASE NO. 1:10 CV 2456** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Commissioner of Social Security,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge James R. Kenpp II (Doc. 14) recommending that this matter be dismissed as the parties are actively litigating the issues in this case in a different matter, Case No. 06 CV 1566. No objections have been filed. Having reviewed the R&R and finding no clear error, the Court ACCEPTS the R&R for the reasons stated therein. This action is DISMISSED.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 7/22/11